JUDGE BATTS

08 CV 3696

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
POLLAN TRADE LLC,

                       Plaintiff(s),

     - against -

M.V. AZTEC MAIDEN, her engines, boilers,
etc. and DOVER MARITIME CORP.,

                       Defendant(s).
-------------------------------------------------------------X

08CV3696 (DAB)

**STATEMENT RULE 7.1**

RECEIVED APR 17 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant To Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (A Private Non-Governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE

April 17, 2008
Date

_____
JAMES F. SWEENEY (7745)