UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
POLLAN TRADE LLC,                          :   **ECF**

                    Plaintiff,    :   **RULE 7.1 STATEMENT**

                                           08 Civ. 3696 (DAB)

        v.                             :

M.V. AZTEC MAIDEN her engines, boilers, :
etc., and DOVER MARITIME CORP.,
                                          :

                  Defendants.
------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, DOVER MARITIME CORP., certifies that its corporate parent is TBS International Limited, the shares of which corporate parent are publicly held.

Dated:    New York, New York
          May 9, 2008

                                      CARDILLO & CORBETT
                                      Attorneys for Defendants
                                      DOVER MARITIME CORP.

                                      By: _____
                                         Tulio R. Prieto (TP 8455)

                                      Office & P.O. Address
                                      29 Broadway
                                      New York, New York 10006
                                      Tel: (212) 344-0464
                                      Fax: (212) 797-1212

TO:   NICOLETTI HORNIG & SWEENEY
      Attorneys for Plaintiff